FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D17-3662

_____

K.W., A CHILD,

　　Petitioner,

　　v.

STATE OF FLORIDA,

　　Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

August 7, 2018

PER CURIAM.

　　The petition for writ of habeas corpus is dismissed as moot.

WETHERELL, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charlie Cofer, Public Defender, and Elizabeth Hogan Webb, Assistant Public Defender, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Respondent.